UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABEL GIL and ISMAEL JUAREZ, *on behalf of themselves and FLSA Collective Plaintiffs*,

                  Plaintiffs,

-v-

ISOHAMA JAPANESE RESTAURANT (NY), INC. d/b/a ISOHAMA and CHOI LAN CHANG

                  Defendants.

17-CV-4676 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 25.) The proposed settlement allocates $5,000 to each plaintiff in connection with their FLSA claims. (*Id.*) One-third of the settlement sum will be collected in attorney's fees. (*Id.*)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 25-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

1

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 10, 2018
      New York, New York

                                                        J. PAUL OETKEN
                                                 United States District Judge